UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by PG D.C.
JUL 15 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**Beniamino Angelo Guarino,**
 Petitioner

v.

**United States of America,**
 Respondent

92-CR-512

## COMPENSATION FOR RELIEF FOR UNJUST IMPRISONMENT

Now comes Petitioner, Beniamino Angelo Guarino, pro se, a 77 year old Disabled Military Veteran, who brings this petition for compensation for relief for unjust imprisonment against the United States of America, pursuant to **U.S.C.S. Title 28 Sections 2513 (a) (2) and 1495 (a) (2);** The Code Petitioner was recently made aware.

Petitioner was arrested on August 6, 1992 in Miami, Florida for a violation of U.S.C.A. Title 18 Section 1542. He was after his initial appearance in Court placed in the Federal Detention Center in Homestead, Florida. Petitioner avers that before he could be brought back to Court for his arrangement, Hurricane Andrew destroyed the facility at Homestead, Florida. As a result, Petitioner was transported to several different prisons and jails around the country before finally brought back to Miami, Florida eleven (11) months later. He was returned to Miami, Florida during the early part of July 1993. He had spent eleven (11) months in prison before ever having his day in court.

Petitioner avers that once back in the court in Miami, Florida in July 1993 Judge Aikens at that time commented on why Petitioner was not in Court before this date? He received no intelligible response. Petitioner believes that all of this could have been avoided had he been held in the nearby Dade County Jail instead of dragging him all over the country since he had not been convicted of any offense. Petitioner suffered greatly during his eleven (11) month ordeal.

Judge Aikens had stated on the day he finally arrived in Court that he was only going to give Petitioner six (6) months in prison and he had said that Petitioner was free to go, unless someone else had a hold on him. However, when Judge Aikens said that Petitioner was free to go there was never any mention of supervised release and there was no paperwork given to Petitioner indicating that he had supervised release and there was no mention of reporting to a probation or parole officer for supervised release. **U.S.C.A. Title 18 Section 5D1.1 and 5D1.2,** "Supervised release is not necessary if the term of imprisonment imposed was/is less than one year." There was no supervised release for that offense. Petitioner also states that his passport was not confiscated.

Petitioner avers that the additional five (5) months in prison was not his faulty but the fault of the Court, prosecutor and attorney who did nothing to locate him to bring him to court in the time allowed by law. Petitioner paid a heavy price for the unjust imprisonment.

## CONCLUSION

**WHEREFORE:** Petitioner, Beniamino Angelo Guarino, avers that he is entitled to compensation for the five (5) extra months of unjust imprisonment in the Federal system from his initial entry on August 6, 1992 until his release from the system in July 1993 a period of eleven (11) months. Pursuant to **U.S.C.A. Title 28 Sections 2513 and 1495 (a) (2).** However, six (6) of the eleven (11) months can be taken off because that was the punishment. The remaining five (5) months should be paid to Petitioner as his compensation for the unjust imprisonment. Subsection (e) of the above **Title 18** statute calls for $50,000. For each twelve (12) months of incarceration, calculations show that for one month of unjust imprisonment is $4,167.00 times the five (5) months served equal $20,833.33 plus cost of Court and any attorney fees, if applicable.

Respectfully submitted

Date: June 27, 2014

*Beniamino Angelo Guarino*

Beniamino Angelo Guarino

## CERTIFICATION

I, Beniamino Angelo Guarino certify that a copy of the Compensation for relief for unjust imprisonment was sent first class pre-paid mail to the U.S. District Court for the Southern District of Florida, 400 North Miami Avenue, Miami, Florida 03328 on June 27, 2014.

*Beniamino Angelo Guarino*

Beniamino Angelo Guarino

Date: June 27, 2014

Monmouth County Correctional Institution

One Waterworks Road

Freehold, New Jersey 07728

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **Beniamino Angelo Guarino,** | : | **DOCKET NO** |
| Petitioner | : | Civil Action |
| v. | : | |
| **United States of America,** | : | |
| Respondent | : | |

### CERTIFICATION OF INDIGENCE

Beniamino Angelo Guarino, of full age, hereby certifies as follows:

I am the Petitioner in the above-captioned matter. I make this certification of indigence pursuant to R.1:13-2.

I am presently incarcerated at the Monmouth County Correctional Institution. My net income is $0.00. I have no outside sources of income at this time because of my incarceration. My government benefit have been stopped pending the outcome of my problems with the government. My social security number is 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. I therefore request at this time that I be allowed to proceed in this motion as an indigent person. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 27, 2014                            *Beniamino Angelo Guarino*

                                                                    **PETITIONER**

Monmouth County Correctional Institution

One Waterworks Road

Freehold, New Jersey 07728

## UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF FLORIDA

| Beniamino Angelo Guarino, | : | **DOCKET NO** |
| Petitioner | : | Civil Action |
| v. | : | |
| **United States of America,** | : | |
| Respondent | : | |

## CERTIFICATION OF INDIGENCE

Beniamino Angelo Guarino, of full age, hereby certifies as follows:

I am the Petitioner in the above-captioned matter. I make this certification of indigence pursuant to R.1:13-2.

I am presently incarcerated at the Monmouth County Correctional Institution. My net income is $0.00. I have no outside sources of income at this time because of my incarceration. My government benefit have been stopped pending the outcome of my problems with the government. My social security number is 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. I therefore request at this time that I be allowed to proceed in this motion as an indigent person. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 27 2014               _Beniamino Angelo Guarino_

**PETITIONER**



Benjamin Guarino #105525
Monmouth Cnty Co. Inst.
One Waterworks Rd.
Freehold, NJ 07728

Legal Mail

U.S. District Court
Southern District of Florida
Clerk of Court
400 North Miami Avenue
Miami, Florida 33128